UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

___ FILED   ___ RECEIVED
___ ENTERED ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

MAY 1 0 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:00-CR-257-PMP-LRL |
| vs. | ) |
| KARLTON RAY WILLIAMS | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#32), sentencing held on June 26, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $13,782.00

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $2,307.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $616.00

**Total Amount of Restitution ordered:** $16,705.00

Dated this ____8th____ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE